IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. SANTIAGO RIVERA,

    Plaintiff,

v.                                    CIVIL NO. 97-1656

JOHN H. DALTON,

    Defendant.

## FINAL JUDGMENT

The Court having dismissed the complaint filed in this case through its Order issued on this date, it is hereby

ORDERED AND ADJUDGED that the complaint filed in this case be and the same is hereby **DISMISSED**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 17th day of November, 1999.

                                  RAYMOND L. ACOSTA
                                  United States District Judge

ENTERED ON DOCKET 11/23/99 PURSUANT TO FRCP RULES 58 & 79a

RECEIVED & FILED 1999 NOV 23 PM 2:47 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

AO 72
(Rev 8/82)